Defendant: Robert L. Buckheit  
Case Number: 1:CR-03-00192-001

Judgment-Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of fifty-seven (57) months. This term consists of terms of fifty-seven (57) months on each of Counts I and II to be served concurrently.

[X] The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be evaluated for participation in the Sex Offender Treatment Program at FCI Butner if he so qualifies. In the alternative, the Court recommends to the Bureau of Prisons that Allenwood Complex be designated as the place of confinement, so the defendant can participate in the Drug and Alcohol Program if he so qualifies.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at____a.m./p.m. on_____.
    [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the probation office.
    [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

FILED
HARRISBURG, PA
NOV 0 2 2004
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on 8-30-04 to LSCI Allenwood at White Deer PA 17887, with a certified copy of this judgment.

_____Craig Apker, Warden_____
~~United States Marshal~~

_____Efuy, LTE_____
~~Deputy Marshal~~